```
BRANDIAN RATCLIFF BUFFORD     MOHELA                         SYLVAN LEARNING
2 AUGUSTA CT E                ATTN: BANKRUPTCY               502 WASHINGTON AVE
HATTIESBURG, MS 39402         633 SPIRIT DR                  STE 400
                              CHESTERFIELD, MO 63005         TOWSON, MD 21204


THOMAS C. ROLLINS, JR.        NAVY FEDERAL CU                TOWER LOAN
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
P.O. BOX 13767                P.O.BOX 3000                   PO BOX 320001
JACKSON, MS 39236             MERRIFIELD, VA 22119           FLOWOOD, MS 39232


CADENCE BANK                  NAVY FEDERAL CU                TRUSTMARK BANK
6471 US 98                    ATTN: BANKRUPTCY               P O BOX 291
HATTIESBURG, MS 39402         PO BOX 3000                    JACKSON, MS 39205
                              MERRIFIELD, VA 22199


CITIBANK                      ONE MAIN FINANCIAL             TRUSTMARK NATIONAL
CENTRALIZED BANKRUPTCY        P.O. BOX 140489                ATTN: BANKRUPTCY DEPT
PO BOX 790046                 IRVING, TX 75014               248 EAST CAPITOL ST
ST LOUIS, MO 63179                                           JACKSON, MS 39201


CITIZENS ONE                  PORTFOLIO RECOVERY             UNIFN INC
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY               PO BOX 1608
ONE CITIZENS PLAZA            120 CORPORATE BLVD             SKOKIE, IL 60076
PROVIDENCE, RI 02903          NORFOLK, VA 23502


GOLDMAN SACHS BANK USA        RENFROE & PERILLOUX            US ATTORNEY GENERAL
ATTN: BANKRUPTCY              648 LAKELAND DR EAST           US DEPT OF JUSTICE
PO BOX 70379                  STE A                          950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19176        FLOWOOD, MS 39232              WASHINGTON, DC 20530-0001


INTERNAL REVENUE SERVI        SMART FINANCIAL CU             WEBBANK
CENTRALIZED INSOLVENCY        ATTN: BANKRUPTCY               PO BOX 3316
P.O. BOX 7346                 PO BOX 920719                  EVANSVILLE, IN 47732
PHILADELPHIA, PA 19101-734    HOUSTON, TX 77292


INTERNAL REVENUE SERVI        SOUTHERN BONE & JOINT          WELLS FARGO
C/O US ATTORNEY               3688 VETERANS MEMORIAL         ATTN: BANKRUPTCY
501 EAST COURT ST             STE 200                        PO BOX 10438
STE 4.430                     HATTIESBURG, MS 39401          DES MOINES, IA 50306
JACKSON, MS 39201


JEFFERSON CAPITAL             SUSAN K. STEADMAN
PO BOX 23051                  ATTORNEY AT LAW
COLUMBUS, GA 31902            P.O. BOX 455
                              HATTIESBURG, MS 39403-0455
```