**United States Bankruptcy Court**
**Southern District of Mississippi**

In re     **Brandian Ratcliff Bufford**                                                    Case No.     **26-50297**
                                                              Debtor(s)     Chapter     **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:     **March 26, 2026**                        **/s/ Brandian Ratcliff Bufford**
                                                **Brandian Ratcliff Bufford**
                                                Signature of Debtor

BRANDIAN RATCLIFF BUFFORD
2 AUGUSTA CT E
HATTIESBURG, MS 39402

LVNV FUNDING***
PO BOX 10497
GREENVILLE, SC 29603

SUSAN K. STEADMAN
ATTORNEY AT LAW
P.O. BOX 455
HATTIESBURG, MS 39403-0455

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

SYLVAN LEARNING
502 WASHINGTON AVE
STE 400
TOWSON, MD 21204

CADENCE BANK
6471 US 98
HATTIESBURG, MS 39402

NAVY FEDERAL CU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

TRUSTMARK BANK
P O BOX 291
JACKSON, MS 39205

CITIZENS ONE
ATTN: BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

ONE MAIN FINANCIAL
P.O. BOX 140489
IRVING, TX 75014

TRUSTMARK NATIONAL
ATTN: BANKRUPTCY DEPT
248 EAST CAPITOL ST
JACKSON, MS 39201

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

UNIFN INC
PO BOX 1608
SKOKIE, IL 60076

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

RENFROE & PERILLOUX
648 LAKELAND DR EAST
STE A
FLOWOOD, MS 39232

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SMART FINANCIAL CU
ATTN: BANKRUPTCY
PO BOX 920719
HOUSTON, TX 77292

WEBBANK
PO BOX 3316
EVANSVILLE, IN 47732

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401

WELLS FARGO
ATTN: BANKRUPTCY
PO BOX 10438
DES MOINES, IA 50306