# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50297        **Case Name:**  Brandian Ratcliff Bufford

**Set:**  05/19/2026 01:30 pm   **Chapter:**  13   **Type:**  bk     **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

---

Minute Entry Re: (related document(s): [7] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)