United States Bankruptcy Court

Southern District of Mississippi

In re:                                                      Case No. 26-50297-KMS

Brandian Ratcliff Bufford                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: May 21, 2026 | Form ID: n031 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandian Ratcliff Bufford, 2 Augusta Ct E, Hattiesburg, MS 39402-7686 |
| 5628840 | | Cadence Bank, 6471 US 98, Hattiesburg, MS 39402 |
| 5628852 | + | Renfroe & Perilloux, 648 Lakeland Dr East, Ste A, Flowood, MS 39232-9574 |
| 5628854 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5628855 | | Susan K. Steadman, Attorney at Law, P.O. Box 455, Hattiesburg, MS 39403-0455 |
| 5628860 | + | Unifn Inc, PO Box 1608, Skokie, IL 60076-8608 |
| 5628862 | + | Webbank, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5645504 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 20:07:36 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5663009 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 20:07:29 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5631610 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 21 2026 19:54:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5628842 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 21 2026 19:54:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5628841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2026 20:07:26 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5628843 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 21 2026 19:55:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5640087 | + | Email/Text: bankruptcy@towerloan.com | May 21 2026 19:55:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5628845 | + | Email/Text: ebone.woods@usdoj.gov | May 21 2026 19:55:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5628844 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2026 19:55:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5628846 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2026 19:55:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 5638188 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2026 19:55:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5638686 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2026 19:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, |

District/off: 0538-6                    User: mssbad                         Page 2 of 3
Date Rcvd: May 21, 2026                 Form ID: n031                        Total Noticed: 39

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SAINT CLOUD, MN 56302-9617 |
| 5646318 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 20:07:26 | LVNV FUNDING, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5636306 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 20:07:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5635154 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2026 20:07:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5628847 | | Email/Text: EBN@Mohela.com | May 21 2026 19:55:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5628849 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 21 2026 19:55:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5628848 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 21 2026 19:55:00 | Navy Federal CU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5632866 | | Email/Text: ext_ebn_inbox@navyfederal.org | May 21 2026 19:55:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5628850 | + | Email/PDF: cbp@omf.com | May 21 2026 20:07:29 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 5640213 | + | Email/PDF: cbp@omf.com | May 21 2026 20:07:29 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5665298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2026 20:07:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5628851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2026 20:07:26 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5632298 | | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2026 20:07:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5640888 | + | Email/Text: bncmail@w-legal.com | May 21 2026 19:55:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5628853 | + | Email/Text: smartrepo@smartcu.org | May 21 2026 19:55:00 | Smart Financial CU, Attn: Bankruptcy, Po Box 920719, Houston, TX 77292-0719 |
| 5628857 | | Email/Text: bankruptcy@towerloan.com | May 21 2026 19:55:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5628858 | | Email/Text: bankruptcynotices@trustmark.com | May 21 2026 19:54:00 | Trustmark Bank, P O Box 291, Jackson, MS 39205 |
| 5628859 | | Email/Text: bankruptcynotices@trustmark.com | May 21 2026 19:54:00 | Trustmark National, Attn: Bankruptcy Dept, 248 East Capitol St, Jackson, MS 39201 |
| 5628861 | ^ | MEBN | May 21 2026 19:52:32 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5630786 | | Email/PDF: OGCRegionIVBankruptcy@hud.gov | May 21 2026 20:07:33 | U.S. Department of Housing and Urban Development, Martin Luther King Jr Federal Building, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5628863 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | May 21 2026 19:56:42 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID        Bypass Reason   Name and Address

District/off: 0538-6      User: mssbad      Page 3 of 3

Date Rcvd: May 21, 2026      Form ID: n031      Total Noticed: 39

5628856     ##+      Sylvan Learning, 502 Washington Ave, Ste 400, Towson, MD 21204-4512

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandian Ratcliff Bufford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−50297−KMS
**Chapter:**  13

**In re:**

Brandian Ratcliff Bufford
2 Augusta Ct E
Hattiesburg, MS 39402

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 21, 2026 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 21, 2026

Danny L. Miller, Clerk of Court