UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   BRANDIAN RATCLIFF BUFFORD

DEBTOR(S)

CHAPTER 13 BANKRUPTCY
DAVID RAWLINGS, TRUSTEE                                   CASE NO. 26-50297 KMS

## OBJECTION TO UNSECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Unsecured Claim:

THE HUNTINGTON NATIONAL BANK (FKA CADENCE BANK)
MICHELLE L BOGGS
PO BOX 1727
TUPELO, MS  38801

Court Claim No. 26

Amount of Claim: $26,489.73

Trustee objects to the allowance of said Claim for the reason(s):

the claim was not timely filed.

/s/  *David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BRANDIAN RATCLIFF BUFFORD

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50297 KMS

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice.  In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated:  June 11, 2026

*/s/  David Rawlings*

David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  BRANDIAN RATCLIFF BUFFORD

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50297 KMS

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (THE HUNTINGTON NATIONAL BANK (FKA CADENCE BANK) (Claim #26)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

BRANDIAN RATCLIFF BUFFORD
2 Augusta Ct E
Hattiesburg, MS  39402

THE HUNTINGTON NATIONAL BANK (FKA CADENCE BANK)
MICHELLE L BOGGS
PO BOX 1727
TUPELO, MS  38801

CADENCE BANK
attn: Bankruptcy
6471 US HWY 98
HATTIESBURG, MS  39402

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 11th day of June, 2026.

/s/  David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net