**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Brandian Ratcliff Bufford, Debtor**        **Case No. 26-50297-KMS**
                                                                                **CHAPTER 13**

### DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. 26

COMES NOW, Brandian Ratcliff Bufford, the Debtor, by and through undersigned counsel, and files this Response to the Trustee's Objection to Claim No. 26 filed by The Huntington National Bank, formerly known as Cadence Bank ("Cadence"), and states as follows:

1. On June 10, 2026, Cadence filed Claim No. 26 in the amount of $26,489.73.

2. On June 11, 2026, the Chapter 13 Trustee filed an Objection to Claim No. 26 on the basis that the claim was not timely filed. The Trustee's objection characterizes Claim No. 26 as an unsecured claim.

3. Cadence holds a judgment against the Debtor and asserts a judgment lien against the Debtor's real property located at 2 Augusta Court East, Hattiesburg, Mississippi.

4. The Debtor's confirmed Chapter 13 plan expressly provides for Cadence's claim as a fully secured claim in the amount of $20,477.74, with interest at the rate of 8.50% per annum.

5. The Debtor desires to satisfy Cadence's judgment lien through completion of the confirmed plan so that the judgment and resulting lien will be satisfied and released upon payment of the amount provided by the confirmed plan.

6. Disallowance of Claim No. 26 solely as untimely may prevent the Trustee from making the payments required by the confirmed plan while leaving Cadence's asserted judgment lien against the Debtor's property unaffected.

7. The Debtor therefore opposes disallowance of the claim to the extent disallowance would prevent payment of Cadence's secured claim pursuant to the confirmed plan.

8. Alternatively, the Debtor requests such additional relief as may be necessary to permit payment of Cadence's secured claim through the Chapter 13 Trustee in accordance with the confirmed plan and to ensure that Cadence's judgment and judgment lien are deemed satisfied upon completion of those payments.

WHEREFORE, Debtor respectfully request that the Court deny the Trustee's Objection to Claim No. 26 to the extent necessary to permit payment of Cadence's secured claim pursuant

to the confirmed plan; and Grant the Debtor such other and further relief as the Court deems just and proper.

Respectfully submitted,

By:  /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on July 15, 2026, to:

By USPS First Class Mail:

The Huntington National Bank
f/k/a Cadence Bank
Attn: Michelle L. Boggs
P.O. Box 1727
Tupelo, MS 38801

Cadence Bank
Attn: Bankruptcy
6471 U.S. Highway 98
Hattiesburg, MS 39402

Olivia Renfroe
Renfroe & Perilloux, PLLC
648 Lakeland East Drive, Suite A
Flowood, MS 39232

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Brandian Ratcliff Bufford

CASE NO: 26-50297

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/15/2026, I did cause a copy of the following documents, described below,

Response

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Brandian Ratcliff Bufford

CASE NO: 26-50297

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/15/2026, a copy of the following documents, described below,

Response

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

THE HUNTINGTON NATIONAL BANK F/K/A CADENCE BANK
ATTN: MICHELLE L. BOGGS
P.O. BOX 1727
TUPELO MS 38801

FIRST CLASS

OLIVIA RENFROE
RENFROE & PERILLOUX, PLLC
648 LAKELAND EAST DRIVE, SUITE A
FLOWOOD MS 39232

FIRST CLASS

CADENCE BANK
ATTN: BANKRUPTCY
6471 U.S. HIGHWAY 98
HATTIESBURG MS 39402