

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: August 12, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**BRANDIAN RATCLIFF BUFFORD**                    **CASE NO. 26-50297 KMS**

**DEBTOR .**                                                               **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Proof of Claim of The Huntington National Bank fka Cadence Bank filed by the Trustee (the "Objection") (Dkt. #28) and the Court having considered the facts herein, finds that the hearing on August 13, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for September 24, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841