United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50297-KMS
Brandian Ratcliff Bufford Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Sep 01, 2026 Form ID: pdf012 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandian Ratcliff Bufford, 2 Augusta Ct E, Hattiesburg, MS 39402-7686 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5683704 | + | Email/Text: bankruptcy@cadencebank.com | Sep 01 2026 20:24:00 | Cadence Bank, c/o Michelle Boggs, PO Box 1727, Tupelo, MS 38802-1727 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandian Ratcliff Bufford trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Brandian Ratcliff Bufford, Debtor** **Case No. 26-50297-KMS**
**CHAPTER 13**

**AGREED ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO. 26**

THIS CAUSE came before the Court on the Chapter 13 Trustee's Objection to Claim No. 26 filed by The Huntington National Bank, formerly known as Cadence Bank (Docket No. 28), and the Debtor's Response thereto (Docket No. 29). The Debtor, the Chapter 13 Trustee, and The Huntington National Bank have agreed to the relief set forth below, and the Court finds that the Trustee's Objection should be sustained in part and overruled in part.

**IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:**

1. Huntington shall amend Claim No. 26 to classify $5,000.00 of the claim as secured and the remaining balance of the claim as a nonpriority unsecured claim.

2. The Debtor's confirmed Chapter 13 Plan is modified solely with respect to Claim No. 26 to provide that the Chapter 13 Trustee shall pay $5,000.00 as a secured claim, with interest at the rate of 8.50% per annum, and the remaining allowed balance of Claim No. 26 shall be treated and paid as a nonpriority unsecured claim in accordance with the confirmed Plan.

3. Upon the Debtor's completion of all payments required under the Plan and entry of discharge, Huntington's judgment lien arising from the judgment underlying Claim No. 26 shall be deemed satisfied, and Huntington shall promptly execute and file any documents necessary to release and satisfy the lien of record.

4. Except as expressly modified by this Order, all other provisions of the confirmed Plan shall remain in full force and effect.

**##END OF ORDER##**

AGREED AND APPROVED:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

ATTORNEY FOR DEBTOR

/s/ Samuel J. Duncan
Samuel J. Duncan (MS Bar No. 6234)
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
(601) 582-5011

ATTORNEY FOR CHAPTER 13 TRUSTEE

/s/ James Eldred Renfroe
James Eldred Renfroe, MSB #10096
Attorney for The Huntington National Bank (f/k/a Cadence Bank)
648 Lakeland East Drive, Suite A
Flowood, MS 39232
Telephone: 601-932-1011
Facsimile: 601-932-1014
jrenfroe@mslawfirm.biz

ATTORNEY FOR THE HUNTINGTON NATIONAL BANK