**Fill in this information to identify the case:**

Debtor 1: Brandian Ratcliff Bufford

Debtor 2 (Spouse, if filing): ____________________

United States Bankruptcy Court for the: SOUTHERN District of Mississippi (State)

Case number: 26-50297

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark Bank

**Court claim no.** (if known): ____________________

**Last 4 digits** of any number you use to identify the debtor's account: 4 0 8 9

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/26

**New total payment:** Principal, interest, and escrow, if any: $ 1,807.32

*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________________

**Current escrow payment:** $ 762.00 **New escrow payment:** $ 616.27

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________________

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No

☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or - $________

Debtor 1 Brandian Ratcliff Bufford
First Name Middle Name Last Name

Case number *(if known)* 26-50297

**Amount of next payment (including reconciliation amount)** $______

**Amount of the new payment thereafter (without reconciliation amount)** $______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- [x] No
- [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- [x] I am the creditor.
- [ ] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Tiffany Smith
Signature

Date 9/21/26

Print: Tiffany Smith
First Name Middle Name Last Name

Title Bankruptcy Analyst

Company Trustmark Bank

Address P.O. Box 522
Number Street
Jackson MS 39205
City State ZIP Code

Contact phone (601) 208-4489

Email tiffanysmith@trustmark.com

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376 9/21/2026 12:17:13 PM ET PFSP342

Account No [ ] Statement: Type ANNUAL Date 09/15/26

BKR

**Analysis Based On**

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 7395.35 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 616.27 | Cushion C-1/6 | 857.18 |
| Cycle 11/01/26 - 10/31/27 | | RESPA Max 1/6 Cushion | 857.18 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1953.05 |
| | | PMI Termination Date | 00/00/00 |

**Results**

Lowpoint Month: 12/26 Anticipated Bal 1088.90 Required Bal 857.18

UNCOL LC .00 REF

| | | | |
|---|---|---|---|
| Current Escrow Shortage | 0.00 | Percentage of Change | -19.1246% |
| EA Shortage Spread Used | 0 | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 11/01/26 - |
|---|---|---|
| 1191.05 | PRINCIPAL & INTEREST | 1191.05 |
| 762.00 | ESCROW | 616.27 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | .00 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1953.05 | TOTAL BORROWER PAYMENT | 1807.32 |

Message: OK MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT** 376 9/21/2026 12:19:40 PM ET PFSP344

Trial Balance Detail

| -- To Escrow -- | | | -- From Escrow -- | | ---- Escrow Balance ---- | |
|---|---|---|---|---|---|---|
| Month | Antciptd | Cpindex | Antciptd | Desc | ANTCIPTD | Required |
| | | | STARTING BALANCE => | | 3685.84 | 3454.12 |
| 11/26 | 616.27 | .00 | 187.68 | FHA RI | 4114.43 | 3882.71 |
| 12/26 | 616.27 | .00 | 187.68 | FHA RI | .00 | .00 |
| | .00 | .00 | 3454.12 | COUNTY | 1088.90 | 857.18 |
| 01/27 | 616.27 | .00 | 187.68 | FHA RI | 1517.49 | 1285.77 |
| 02/27 | 616.27 | .00 | 187.68 | FHA RI | 1946.08 | 1714.36 |
| 03/27 | 616.27 | .00 | 187.68 | FHA RI | 2374.67 | 2142.95 |
| 04/27 | 616.27 | .00 | 187.68 | FHA RI | 2803.26 | 2571.54 |
| 05/27 | 616.27 | .00 | 187.68 | FHA RI | 3231.85 | 3000.13 |
| 06/27 | 616.27 | .00 | 1689.07 | HAZARD | .00 | .00 |
| | .00 | .00 | 187.68 | FHA RI | 1971.37 | 1739.65 |
| 07/27 | 616.27 | .00 | 187.68 | FHA RI | 2399.96 | 2168.24 |
| 08/27 | 616.27 | .00 | 187.68 | FHA RI | 2828.55 | 2596.83 |
| 09/27 | 616.27 | .00 | 187.68 | FHA RI | 3257.14 | 3025.42 |
| 10/27 | 616.27 | .00 | 187.68 | FHA RI | 3685.73 | 3454.01 |

Message: CLICK RETURN TO EXIT OK BOTTOM

**CERTIFICATE OF SERVICE**

**I, Tiffany Smith, do herby certify that I have on this 21st day of September, 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),**

**David Rawlings**
**ecfnotices@rawlings13.net**

**Tiffany Smith**
**P.O. Box 522**
**Jackson, MS 39205**

**Brandian Ratcliff Bufford**
2 Augusta Ct E
Hattiesburg, MS 39402

**Thomas Carl Rollins, Jr**
trollins@therollinsfirm.com