United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50297-KMS
Brandian Ratcliff Bufford Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Sep 28, 2026 Form ID: 309A Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandian Ratcliff Bufford, 2 Augusta Ct E, Hattiesburg, MS 39402-7686 |
| 5628840 | | Cadence Bank, 6471 US 98, Hattiesburg, MS 39402 |
| 5683703 | + | Michelle L. Boggs, Huntington National Bank, PO Box 1727, Tupelo, MS 38802-1727 |
| 5628852 | + | Renfroe & Perilloux, 648 Lakeland Dr East, Ste A, Flowood, MS 39232-9574 |
| 5628854 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5628855 | | Susan K. Steadman, Attorney at Law, P.O. Box 455, Hattiesburg, MS 39403-0455 |
| 5723867 | + | The Huntington National Bank, PO Box 1727, Tupelo, MS 38802-1727 |
| 5628860 | + | Unifn Inc, PO Box 1608, Skokie, IL 60076-8608 |
| 5628862 | + | Webbank, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Sep 28 2026 20:07:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QDAHENDERSON.COM | Sep 28 2026 23:53:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Sep 28 2026 20:07:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Sep 28 2026 20:07:00 | Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |
| 5645504 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 20:12:31 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5663009 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 20:12:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5631610 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2026 20:07:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5628842 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 28 2026 20:07:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5683704 | + | Email/Text: bankruptcy@cadencebank.com | Sep 28 2026 20:07:00 | Cadence Bank, c/o Michelle Boggs, PO Box 1727, Tupelo, MS 38802-1727 |
| 5628841 | + | EDI: CITICORP | Sep 28 2026 23:53:00 | Citibank, Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 5628843 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 28 2026 20:07:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |

| | | | | |
|---|---|---|---|---|
| 5640087 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 28 2026 20:07:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5628845 | + | Email/Text: ebone.woods@usdoj.gov | Sep 28 2026 20:07:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5628844 | | EDI: IRS.COM | Sep 28 2026 23:53:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5628846 | | EDI: JEFFERSONCAP.COM | Sep 28 2026 23:53:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 5638188 | | EDI: JEFFERSONCAP.COM | Sep 28 2026 23:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5638686 | | EDI: JEFFERSONCAP.COM | Sep 28 2026 23:53:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5646318 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 20:12:31 | LVNV FUNDING, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 5636306 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 20:12:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5635154 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 28 2026 20:12:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5628847 | | Email/Text: EBN@Mohela.com | Sep 28 2026 20:07:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5692059 | | Email/Text: EBN@Mohela.com | Sep 28 2026 20:07:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5628849 | + | EDI: NFCU.COM | Sep 28 2026 23:53:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22116-3000 |
| 5628848 | + | EDI: NFCU.COM | Sep 28 2026 23:53:00 | Navy Federal CU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5632866 | | EDI: NFCU.COM | Sep 28 2026 23:53:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5628850 | + | EDI: AGFINANCE.COM | Sep 28 2026 23:53:00 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 5640213 | + | EDI: AGFINANCE.COM | Sep 28 2026 23:53:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 5665298 | | EDI: PRA.COM | Sep 28 2026 23:53:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5628851 | | EDI: PRA.COM | Sep 28 2026 23:53:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5632298 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 20:12:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5640888 | + | Email/Text: bncmail@w-legal.com | Sep 28 2026 20:07:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5628853 | + | Email/Text: smartrepo@smartcu.org | Sep 28 2026 20:07:00 | Smart Financial CU, Attn: Bankruptcy, Po Box 920719, Houston, TX 77292-0719 |
| 5628857 | | Email/Text: bankruptcycourt@towerloan.com | Sep 28 2026 20:07:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5628858 | | Email/Text: bankruptcynotices@trustmark.com | Sep 28 2026 20:07:00 | Trustmark Bank, P O Box 291, Jackson, MS 39205 |
| 5628859 | | Email/Text: bankruptcynotices@trustmark.com | Sep 28 2026 20:07:00 | Trustmark National, Attn: Bankruptcy Dept, 248 East Capitol St, Jackson, MS 39201 |
| 5628861 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Sep 28 2026 19:55:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5630786 | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Sep 28 2026 20:12:26 | U.S. Department of Housing and Urban Development, Martin Luther King Jr Federal Building, 77 Forsyth Street SW, Atlanta, GA 30303 |
| 5628863 | EDI: WFCCSBK | Sep 28 2026 23:53:00 | Wells Fargo, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Huntington National Bank, fka Cadence Bank |
| 5628856 | ##+ | Sylvan Learning, 502 Washington Ave, Ste 400, Towson, MD 21204-4512 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

***Information to identify the case:***

| | | |
|---|---|---|
| Debtor 1 | **Brandian Ratcliff Bufford**<br>First Name Middle Name Last Name | Social Security number or ITIN **xxx–xx–9524**<br>EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN _ _ _ _<br>EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi<br>Case number: **26–50297–KMS** | | Date case filed in chapter **13** **2/25/26**<br>Date case converted to chapter **7** **9/28/26** |

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Brandian Ratcliff Bufford | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 2 Augusta Ct E<br>Hattiesburg, MS 39402 | |
| **4.** | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Derek A Henderson T1<br>1765–A Lelia Drive<br>Suite 103<br>Jackson, MS 39216 | Contact phone 601–948–3167<br>Email trustee@derekhendersonlaw.com |

**For more information, see page 2 >**

Debtor **Brandian Ratcliff Bufford** Case number **26–50297–KMS**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 228–563–1790**<br><br>**Date: 9/28/26** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Derek A Henderson T1**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709 , OR call 769–219–3337.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/19/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |