**United States Bankruptcy Court**
**Southern District of Mississippi**

In re **Brandian Ratcliff Bufford** Debtor(s)

Case No. **26-50297**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 24, 2026**

**/s/ Brandian Ratcliff Bufford**
**Brandian Ratcliff Bufford**
Signature of Debtor

BRANDIAN RATCLIFF BUFFORD
2 AUGUSTA CT E
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CADENCE BANK
6471 US 98
HATTIESBURG, MS 39402

CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

CITIZENS ONE
ATTN: BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-734

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

JEFFERSON CAPITAL SYST
P.O. BOX 7999
SAINT CLOUD, MN 56302-7999

LVNV FUNDING
PO BOX 10497
GREENVILLE, SC 29603

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

NAVY FEDERAL CU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22199

ONE MAIN FINANCIAL
P.O. BOX 140489
IRVING, TX 75014

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

RENFROE & PERILLOUX
648 LAKELAND DR EAST
STE A
FLOWOOD, MS 39232

RESURGENT RECEIVABLES
P.O. BOX 10587
GREENVILLE, SC 29603

SCOLOPAX, LLC
1415 WESTERN AVE
STE 700
SEATTLE, WA 98101

SMART FINANCIAL CU
ATTN: BANKRUPTCY
PO BOX 920719
HOUSTON, TX 77292

SOUTHERN BONE & JOINT
3688 VETERANS MEMORIAL
STE 200
HATTIESBURG, MS 39401

SUSAN K. STEADMAN
ATTORNEY AT LAW
P.O. BOX 455
HATTIESBURG, MS 39403-0455

SYLVAN LEARNING
502 WASHINGTON AVE
STE 400
TOWSON, MD 21204

TCSC, LLC***
C/O LING PROPERTIES
109 NORTHPARK BLVD,
STE 300
COVINGTON, LA 70433

THE KEMEBRAY GROUP, LL
2 AUGUST COURT E
HATTIESBURG, MS 39402

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUSTMARK BANK
P O BOX 291
JACKSON, MS 39205

TRUSTMARK NATIONAL
ATTN: BANKRUPTCY DEPT
248 EAST CAPITOL ST
JACKSON, MS 39201

UNIFN INC
PO BOX 1608
SKOKIE, IL 60076

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US DEPT OF HUD
77 FORSYTH ST NW
ATLANTA, GA 30303

WEBBANK
PO BOX 3316
EVANSVILLE, IN 47732

WELLS FARGO
ATTN: BANKRUPTCY
PO BOX 10438
DES MOINES, IA 50306