**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Brandian Ratcliff Bufford, Debtor** **CASE NO. 26-50297-KMS**
**CHAPTER 7**

**TO: TRUSTEE: Derek A. Henderson**
**U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov**
**AFFECTED CREDITORS: TVSC LLC***c/o Ling Properties, 109 Northpark Blvd. Ste 300, Covington, LA 70433**

**NOTICE OF AMENDMENT OF SCHEDULE G**

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has/have filed with the US Bankruptcy Court an *Amended Schedule G: Executory Contracts and Unexpired Leases* (see attached amended schedule).

**YOU ARE FURTHER NOTIFIED** that the debtor's bankruptcy case was converted to Chapter 7 on September 28, 2026. Documents filed in the case may be inspected at either location of the Clerk's office:

Clerk, US Bankruptcy Court
United States Courthouse
501 East Court Street, Ste 2.300
Jackson, Mississippi 39201

Clerk, US Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Ste 244
Gulfport, Mississippi 39501

Date: October 1, 2026 /s/ Thomas C. Rollins, Jr.
*Thomas C. Rollins, Jr., Attorney for Debtor*

CERTIFICATE OF SERVICE

On October 1, 2026, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.
*Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSBN 103469
Jennifer A. Curry Calvillo, MSBN 104367
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

Debtor 1 **Brandian Ratcliff Bufford**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number **26-50297**
(if known)

■ Check if this is an amended filing

# Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **TCSC, LLC***<br>c/o ling Properties<br>109 Northpark Blvd,<br>Ste 300<br>Covington, LA 70433** | **Business Lease** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Brandian Ratcliff Bufford

CASE NO: 26-50297

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 10/1/2026, I did cause a copy of the following documents, described below,

Notice and Amended G

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Brandian Ratcliff Bufford

CASE NO: 26-50297

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 10/1/2026, a copy of the following documents, described below,

Notice and Amended G

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

TCSC, LLC
C/O LING PROPERTIES
109 NORTHPARK BLVD STE 300
COVINGTON LA 70433