**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Brandian Ratcliff Bufford, Debtor** **Case No. 26-50297-KMS**
**CHAPTER 7**

**ORDER PARTIALLY AVOIDING JUDICIAL LIEN**

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No. 51] of the debtor to avoid the fixing of the judicial lien (judgment) of Trustmark Bank f/k/a Trustmark National Bank on exempt property of the debtor and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the Justice Court of Lamar County, Mississippi, being Cause No 25-0351-P in the amount of $$7,271.09 enrolled in the Judgement Roll maintained by the Lamar County Circuit Clerk is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at 2 Augusta Ct. E, Hattiesburg, MS 39402, being more fully described as follows:

Lot 40, Augusta Court Subdivision of Greystone, as per the official map or plat thereof on file in the office of the Chancery Clerk of Lamar County, Mississippi in Plat Book 3, Page 319, Sile 383; together with all improvement thereon and appurtenances thereunto belonging.

2. A certified copy of this Order is to be filed in the land records of Lamar County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Brandian Ratcliff Bufford (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

3. The Circuit Clerk of Lamar County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Trustmark Bank f/k/a Trustmark National Bank filed as File Number25-0351-P has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)